UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FLOYDALE ECKLES SR,<br><br>                Plaintiff,<br>v.<br><br>PEGGY KINGSTON, DEPARTMENT OF CORRECTIONS, HARRISON MEDICAL CENTER, MARLANEA ASPDEN,<br>                Defendants. | No. 3:17-CV-05492-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Harrison Medical Center is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 16th day of March, 2018.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1