HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FLOYDALE ECKLES SR,

    Plaintiff,

v.

PENNY KINGSTON, et al.,

    Defendant.

CASE NO. C17-5492 RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 52].

1. The Report and Recommendation is **ADOPTED;**
2. Defendants' Motion for Summary Judgment [Dkt. # 39].is **GRANTED** and Plaintiff Eckles' claims against them are **DISMISSED** with prejudice, and the case is **CLOSED**;
3. If he appeals, Eckles' *in forma pauperis* **status will continue**;

ORDER - 1

4. The Clerk shall send copies of this Order to the Coleman's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

Dated this 6th day of February, 2019.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge